# TERRENCE P. BUCKLEY
ATTORNEY AT LAW
ONE SUFFOLK SQUARE, SUITE 520
ISLANDIA, NEW YORK 11749
631-234-5311

July 13, 2005

The Honorable Leonard D. Wexler
United States District Judge
U.S. Courthouse and Federal Building
944 Federal Plaza
Central Islip, New York 11722

    **RE:**    **United States v. David Vasquez & Ledwin Castro**
            **Criminal Docket No. 03 CR 851 (S-3) (LDW)**

Dear Judge Wexler:

    This is to inform you that defendant Ledwin Castro joins in any and all motions made by defendant David Vasquez in the above mentioned matter.

                                                                       Very Truly Yours,

                                                                       Terrence P. Buckley, Esq.

TPB/dt

Cc:  AUSA Richard P. Donoghue
      Charles Hochbaum, Esq.

Case 2:03-cr-00851-ADS-ETB   Document 101   Filed 07/14/05   Page 2 of 2 PageID #: 184