AO 245B (0496 Rev. locally 9/92) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## CENTRAL ISLIP DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.

★ JAN 06 2006

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

vs.

LEDWIN CASTRO,

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: CR 03-00851(S-3)-04 [LDW]

Defendant's Attorney: Peter J. Tomao, Esq (Ret.)
226 Seventh Street, Suite 302
Garden City, NY 11530

THE DEFENDANT:
__ pleaded guilty to count(s)
__ pleaded nolo contendere to count(s) which was accepted by the court.
XX  was found guilty on count(s) 1, 6, 7, 8, 12, 13, 14, 17, 18, & 19 after a plea of not guilty.

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER(S) |
|---|---|---|---|
| 18 USC 1959(a)(6) | Conspiracy to Commit Assaults with Dangerous Weapons in Aid of Racketeering Activity | June 18, 2003 | 1 |
| 18 USC 1959(a)(3) & 2 | Assault with a Dangerous Weapon in Aid of Racketeering Activity | June 18, 2003 | 6 - 8 |
| 18 USC 924(c)(1)(I) & 2 | Discharge of a Firearm during a a Crime of Violence | June 18, 2003 | 12 - 14 |
| 18 USC 844(H)(1) & 2 | Use of an Explosive to Commit a Felony | June 18, 2003 | 17 - 19 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

__ The defendant has been found not guilty on count(s)
XX  Count(s) 17, 18, and 19 are dismissed by the Court. Second Superseding Indictment is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence: January 6, 2006

Defendant's USM No.: 68721-053

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

DATE: January 6, 2006

A TRUE COPY ATTEST

DATE: January 6, 2006
ROBERT C. HEINEMANN
Clerk of Court

By: _____
JOSIAH KHARJIE, Courtroom Deputy

AO 245B (8/96) Imprisonment

Defendant: LEDWIN CASTRO
Case No.: CR 03-00851(S-3)-04 [LDW]

Judgment - Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

Counts 1, 6, 7, and 8, one (1) day to run concurrently;

Count 12 - 10 years;

Count 13 - 25 years; &

Count 14 - 25 years

Counts 12, 13, and 14 are to run consecutively for a total of 60 YEARS and to run consecutively with Counts 1, 6, 7 and 8, for a total of 60 years and 1 day.

**SPECIAL CONDITION: IF THE DEFENDANT IS DEPORTED, HE SHALL NOT RETURN ILLEGALLY TO THE UNITED STATES.**

___ The court makes the following recommendations to the Bureau of Prisons:

XX  The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

   ___ at ___ a.m./p.m. on ___.
   ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ___ before 2 p.m. on ___.
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By: _____
Deputy Marshal

AO 245B (8/96 Rev. locally 9/97) - Criminal Monetary Penalties

DEFENDANT: LEDWIN CASTRO
Case No.: CR 03-00851(S-3)-04 [LDW]

Judgment - Page 3 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

|  | Assessment | Fine | Total Restitution |
|---|---|---|---|
| Totals: | $700.00 | $ N/A | $ N/A |

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ N/A.

__ The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

　__ The interest requirement is waived.
　__ The interest requirement is modified as follows:

### RESTITUTION

__ The determination of restitution is deferred until ___. An Amended Judgment in a Criminal Case will be entered after such a determination. The U.S. Attorneys Office is directed to provide the necessary information to the court.

__ The defendant shall make restitution to the following victims in the amounts listed below:

__ Restitution is ordered jointly and severally with:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ | $ | |

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. §3664(f)(3)(B), the court orders nominal payments and this is reflected on Sheet 6, Statement of Reasons.

AO 245B (8/96 Rev. locally 9/97) - Criminal Monetary Penalties

Defendant:   LEDWIN CASTRO
Case No.:    CR 03-00851(S-3)-04 [LDW]

Judgment - Page 4 of 4

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) non-federal restitution; (3) federal restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.

Payment of the total criminal monetary penalties shall be due as follows:

I.  __XX__ In full

    A.  __XX__ due immediately - ASSESSMENT..

    B.  __ on or before ____

II. __ In installments

    A.  __ monthly in installments of $__ over a period of __ months, to commence __ days after date of this judgment.

    B.  __ in __ installments of $__ over a period of__ to commence __ days after the date of this judgment.

Any payment ordered under Part II, must comply with 18 U.S.C. §3572, 18 U.S.C. §3664(n), and include a provision under 18 U.S.C. §3664(k) in which defendant must notify the court of any material changes in defendant's economic circumstances. Upon such notice, the court may adjust the installment payment schedule.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. §3664(f)(3)(A):

In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

__ The defendant shall forfeit the defendant's interest in the following property to the United States:

If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the court.